# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**DEBORAH STANFILL,**

Plaintiff,

CASE NUMBER: 1:12-cv-1210-JDB-egb

v.

**CITY OF JACKSON, TENNESSEE,**

Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Voluntary Dismissal entered in the above-styled matter on 3/4/2013, this case is hereby dismissed with prejudice.

**APPROVED:**

                                              **s/J. Daniel Breen**
                                              **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**